IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ANNAMARIE D. RIETHMILLER, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:12-cv-128-CDL-MSH |
| | : | |
| ELECTORS FOR THE STATE OF GEORGIA, | : | |
| | : | |
| | : | |
| Defendant(s). | : | |

**RECOMMENDATION OF DISMISSAL**

Plaintiff moved to proceed *in forma pauperis* in this action (ECF No. 2). On October 25, 2012, the Court issued an Order directing Plaintiff to fill out the long form motion to proceed *in forma pauperis* and affidavit. (Text Only Order, Oct. 25, 2012.) It was explained to Plaintiff that her "affidavit of indigency" is unintelligible and lacks sufficient information to determine whether Plaintiff is entitled to proceed IFP. Plaintiff was given fourteen days from the date of the Order within which to file the proper forms and provide the Court with the necessary information. Plaintiff failed to respond to that Order.

Consequently, on November 19, 2012, the Court issued an order to show cause directing Plaintiff to "respond and show cause why her lawsuit should not be dismissed for failure to comply the Court's October 25, 2012, Order." (Order to Show Cause 1, Nov. 19, 2012, ECF No. 6.) Plaintiff was given fourteen days within which to show cause, but has failed to respond to the show cause order. It is therefore recommended

that Plaintiff's case be dismissed pursuant to Federal Rules of Civil Procedure Rule 41(b) for failure to comply with the Court's orders.  Pursuant to 28 U.S.C. § 636(b)(1), the Plaintiff may serve and file written objections to this recommendation with the UNITED STATES DISTRICT JUDGE within fourteen (14) days after being served a copy of this recommendation.

    SO RECOMMENDED, this 10th day of December, 2012.

        S/ Stephen Hyles
        UNITED STATES MAGISTRATE JUDGE