```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

ANNAMARIE D. RIETHMILLER,   *

    Plaintiff   *

vs.   *

                            CASE NO. 3:12-CV-128 (CDL)

ELECTORS FOR THE STATE OF   *
GEORGIA
                            *

    Defendant
_____   *

## ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal filed by the United States Magistrate Judge on December 10, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. The Court has reviewed Plaintiff's filing labeled as "Order to Show Cause" (ECF No. 8) and finds that it does not address the basis for the Magistrate Judge's recommendation of dismissal and otherwise does not show why dismissal is not appropriate for the reasons stated by the Magistrate. Accordingly, this action is dismissed.

IT IS SO ORDERED, this 3rd day of January, 2013.

                                          s/Clay D. Land
                                          CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE